UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO. **1:19-cv-7-GNS**

BARBARA GANN AS NEXT FRIEND
AND GUARDIAN OF R.B., A MINOR                                                                 PLAINTIFF

v.                                                  **NOTICE OF REMOVAL**

WAL-MART STORES EAST, LIMITED                                                          DEFENDANT
PARTNERSHIP

\* \* \* \* \*

Wal-Mart Stores East, Limited Partnership ("Wal-Mart"), by counsel, states as follows in support of its removal of this action:

1. There was an action commenced which is now pending in the Warren Circuit Court, Civil Action No. 18-CI-1533, in which the above-named Barbara Gann as Next Friend and Guardian of R.B., a Minor is the Plaintiff and Wal-Mart Stores East, Limited Partnership is the Defendant. (*See* Plaintiff's Complaint, attached at Exhibit 1).

2. Wal-Mart Stores East, Limited Partnership has a general partner, WSE Management, LLC, and a limited partner, WSE Investment, LLC, both of which are Delaware limited liability companies whose sole member is Wal-Mart Stores East, LLC. Wal-Mart Stores East, LLC is now and was at the time of the commencement of this action and at all times pertinent hereto, a wholly owned subsidiary of Walmart Inc. Walmart Inc. is the only member of Wal-Mart Stores East, LLC. Walmart Inc. is a corporation organized and incorporated under the laws of Delaware with its principal place of business located in Arkansas. For these reasons, Wal-Mart Stores East, Limited Partnership is now and was at the time of the commencement of this action, and at all times pertinent hereto, a citizen of the states of Delaware and Arkansas and not a citizen of Kentucky. (*See* Affidavit of Counsel for Wal-Mart, attached as Exhibit 2).

3. Plaintiff, Barbara Gann, is now and was at the time of the commencement of this action, and at all times pertinent hereto, a citizen and resident of Bowling Green, Warren County, Kentucky, and not a citizen or resident of Delaware or Arkansas. (*See* Plaintiff's Complaint, attached as Exhibit 1).

4. This is a personal injury case. In Plaintiff's Complaint, Plaintiff claims that R.B., a minor, fell due to a substance on the floor at the Bowling Green, Kentucky Wal-Mart in Warren County, Kentucky. (*See* Exhibit 1). As a result, Plaintiff claims R.B. suffered severe and permanent injuries. (*See* Exhibit 1). Wal-Mart could not ascertain whether this case was removable based solely on Plaintiff's Complaint.

5. On December 20, 2018, Wal-Mart served a Request for Admission, asking Plaintiff to admit she would not "seek damages in excess of $75,000, exclusive or interest and costs, at the trial of this matter." (Wal-Mart's Request for Admission, attached as Exhibit 3).

6. On January 9, 2019, Wal-Mart received Plaintiff's response to its request for admission in which Plaintiff denied that she would not "seek damages in excess of $75,000, exclusive of interests and costs, at the trial of this matter." (*See* Plaintiff's Response to Request for Admission, attached at Exhibit 4). Based on the foregoing, the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

7. This action involves a controversy between citizens of different states, as the Plaintiff is a resident and citizen of Kentucky and Wal-Mart Stores East, Limited Partnership is a citizen of the states of Delaware and Arkansas. The United States District Court is given original jurisdiction in a case in which the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs, and is between citizens of different states. 28 U.S.C. §1332; 28 U.S.C. §1446.

8. This Notice of Removal is filed within thirty (30) days of service of Plaintiff's Response to Wal-Mart's Request for Admission. This Notice of Removal is, therefore, timely filed pursuant to 28 U.S.C. §1446(b).

9. Copies of all process, pleadings and orders served on Wal-Mart as of the date of the filing of this Notice of Removal are attached hereto as Exhibit 5.

10. Written notice of the filing of this Notice of Removal and exhibits hereto were served upon Plaintiff's counsel via U.S. Mail on January 24, 2019.

WHEREFORE, Defendant, Wal-Mart Stores East, Limited Partnership, prays that it may affect the removal of this action from the Warren Circuit Court to this Court and for all other appropriate procedures.

Respectfully submitted,

/s/ Felix H. Sharpe II
CHRISTOPHER R. CASHEN
Dinsmore & Shohl, LLP
250 West Main Street, Suite 1400
Lexington, KY 40507
Telephone: (859) 425-1000
Facsimile: (859) 425-1099

and

FELIX H. SHARPE II
Dinsmore & Shohl, LLP
101 S. 5th Street, Suite 2500
Louisville, KY 40202
Telephone: (502) 540-2300
Facsimile: (502) 585-2207

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing has been served upon the following, by email and U.S. Mail, on this the 24th day of January, 2019:

J. Kyle Roby
English, Lucas, Priest & Owsley, LLP
1101 College Street
P. O. Box 770
Bowling Green, KY  42102-0770
Tel: (270) 781-6500
Fax: (270) 782-7782
*Counsel for Plaintiff*

                    /s/ Felix H. Sharpe II
                    *Counsel for Defendant*