COMMONWEALTH OF KENTUCKY
WARREN CIRCUIT COURT
DIVISION I
CIVIL ACTION NO. 18-CI-01533

*Electronically Filed*

BARBARA GANN AS NEXT FRIEND
AND GUARDIAN OF R.B., A MINOR                                    PLAINTIFF

v.                              **COMPLAINT**

WAL-MART STORES EAST, L.P.
Serve: CT Corporation System
       306 West Main Street, Ste. 512
       Frankfort, KY 40601                                       DEFENDANTS

Comes the plaintiff, Barbara Gann, as next friend and guardian of R.B., a minor, by counsel, and for her cause of action against the defendant, Wal-Mart Stores East, L.P., states as follows:

1.    The plaintiff, Barbara Gann, is a citizen and resident of Bowling Green, Warren County, Kentucky.

2.    The Defendant, Wal-Mart Stores East, L.P. ("Wal-Mart") is, and was at all times mentioned herein, a Arkansas corporation with its principal place of business at 702 S.W. 8th Street, Bentonville, Arkansas 72716-0215.  Wal-Mart's registered agent or service of process is CT Corporation System, 306 W. Main Street, Suite 512, Frankfort, Kentucky 40601.

3.    On or about October 12, 2017, the minor plaintiff, R.B., was with his grandmother and guardian, the plaintiff, Barbara Gann, shopping at the Wal-Mart Store #299 located at 150 Walton Drive, Bowling Green, Warren County, Kentucky.  At this

time, the minor plaintiff was walking near Customer Service when he slipped and fell due to a substance on the floor.

4.      As a direct and proximate result of the negligence of the defendant, Wal-mart Stores East, LP, the plaintiff, R.B., a minor, has suffered, and will continue to suffer, from severe, painful and permanent injuries and medical expenses.  For all of these damages, the plaintiff is entitled to recover compensatory damages from said defendant.

WHEREFORE, the plaintiff, Barbara Gann, as next friend and guardian of R.B., a minor, demands judgment against defendants, Wal-Mart Stores East, L.P., as follows:

A.      For compensatory damages in an amount in excess of the jurisdictional minimum limits of this Court;

B.      For a trial by jury;

C.      For his costs expended herein, including attorneys' fees; and

D.      For all other relief to which he may appear entitled.

This 6th day of November, 2018.

ENGLISH, LUCAS, PRIEST & OWSLEY, LLP
1101 College Street, P.O. Box 770
Bowling Green, KY  42102-0770
(270) 781-6500
(270) 782-7782
kroby@elpolaw.com
*Attorney for Plaintiff*

 /s/J. Kyle Roby
J. KYLE ROBY